# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McCORVEY,<br><br>          Petitioner,<br><br>   v.<br><br>PROBATION DEPARTMENT,<br><br>          Respondent. | 1:07-cv-00668-LJO-WMW-HC<br><br>ORDER GRANTING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   May 16, 2007**            /s/  **William M. Wunderlich**
                                                              UNITED STATES MAGISTRATE JUDGE