1

2

3

4

5

6

7

8

9

10                          UNITED STATES DISTRICT COURT

11                            EASTERN DISTRICT OF CALIFORNIA

12   LARRY McCORVEY,                     )    1:07-cv-00668-LJO-WMW-HC
                                         )
13                   Petitioner,         )
                                         )
14         v.                            )    ORDER DENYING MOTION
                                         )    FOR APPOINTMENT OF COUNSEL
15   PROBATION DEPARTMENT,               )
                                         )
16                   Respondent.         )
                                         )
17   ─────────────────────────────────

18          Petitioner has requested the appointment of counsel.  There currently exists no absolute right

19   to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481

20   (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert.

21   denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of

22   counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

23   Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

24   justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

25   HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

26   IT IS SO ORDERED.

27   Dated:    May 16, 2007             _____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE
28

Dockets.Justia.com