IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LARRY McCORVEY** | ) | 1:07-CV-0668 LJO WMW HC |
| Petitioner, | ) | |
| vs. | ) | **ORDER DENYING MOTION FOR DECLARATORY JUDGMENT AND INJUNCTION** |
| **PROBATION DEPARTMENT,** | ) | **[Doc.2]** |
| Respondent. | ) | |
| _____ | ) | |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On May 3, 2007, Petitioner filed a motion for declaratory judgment and injunction. Petitioner seeks relief concerning the proper crediting of the time he spends in a substance abuse program while in prison. The court finds that Petitioner has in no way demonstrated that this is a matter of undisputed facts, which would justify the granting of declaratory judgment under Rule 57, Federal Rules of Civil Procedure. Accordingly, Petitioner's motion

for a declaratory judgment is HEREBY DENIED.

A preliminary injunction is available to a party who "demonstrates either (1) a combination of probable success and the possibility of irreparable harm, or (2) that serious questions are raised and the balance of hardship tips in its favor." Arcamuzi v. Continental Air Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987). The court finds that Petitioner has failed to demonstrate any of the above. Accordingly, Petitioner's motion for injunctive relief is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:     May 31, 2007**                              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE