IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LARRY McCORVEY** | ) | 1:07-CV-0668 LJO WMW HC |
| Petitioner, | ) | |
| vs. | ) | **ORDER DENYING MOTION FOR TRANSCRIPT OF PRIOR PROCEEDING** [Doc. 3] |
| **PROBATION DEPARTMENT,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 3, 2007, Petitioner filed a motion for a transcript of a prior proceeding. This motion is directed to the Fresno County Superior Court and addresses the right of a criminal defendant to be provided with a transcript of prior proceedings when necessary for the defendant to put on an effective defense. This motion has no application in the present case, which is not a criminal action in Superior Court , but rather is a habeas corpus action in

federal court.  Accordingly, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   May 30, 2007**                                           /s/  **William M. Wunderlich**
                                                                                    UNITED STATES MAGISTRATE JUDGE

2