**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LARRY McCORVEY**,<br><br>    Petitioner,<br><br>vs.<br><br>**PROBATION DEPARTMENT**,<br><br>    Respondent. | 1:07-CV-0668 LJO WMW HC<br><br>**ORDER DISREGARDING LODGED AMENDED COMPLAINT AND DIRECTING CLERK OF COURT TO RETURN MATERIALS TO PETITIONER**<br>**[Doc.9]** |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 23, 2007, Petitioner lodged in this case a complaint for relief pursuant to 42 U.S.C. Section 1983. There is no application for this civil rights complaint in the present habeas corpus petition. If Petitioner wishes to file a Section 1983 action, he must do so separately.

Accordingly, the Clerk of Court is HEREBY DIRECTED to return to Petitioner the amended complaint lodged with the court on May 23, 2007, along with all the accompanying documents.

IT IS SO ORDERED.

**Dated:   May 30, 2007**               /s/  **William M. Wunderlich**
                                                                UNITED STATES MAGISTRATE JUDGE